**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-4460**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CARL DEAN HUBBARD,

        Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:03-cr-00178-1)

Submitted:  November 5, 2010      Decided:  December 8, 2010

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary Lou Newberger, Federal Public Defender, Jonathan D. Byrne, Appellate Counsel, David R. Bungard, Assistant Federal Public Defender, Charleston, West Virginia, for Appellant. R. Booth Goodwin, II, United States Attorney, Larry R. Ellis, Assistant United States Attorney, Charleston, West Virginia; Jeremy D. Brown, Third Year Law Student, Lexington, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Dean Hubbard appeals the district court's order modifying the terms of his supervised release to include several additional requirements. A district court's imposition of special conditions of supervised release is reviewed for abuse of discretion. United States v. Dotson, 324 F.3d 256, 259 (4th Cir. 2003). We have reviewed the record and conclude that the decision to modify the terms of Hubbard's release was a proper exercise of discretion. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED